**LaMonica Herbst & Maniscalco, LLP**

*Moving Forward. Staying Ahead.®*

**Adam P. Wofse, Esq.**
Partner
p: 516.826.6500 x213
awofse@lhmlawfirm.com

October 30, 2024

**Via ECF**
Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

        **In Re: Frozen Food Partners, LLC d/b/a Gourmet Express LLC
             d/b/a Gourmet Express
             Chapter 11
             Case No. 21-11897 (MG)**

Dear Chief Judge Glenn:

      Our firm represents the above-captioned Reorganized Subchapter V Chapter 11 Debtor.

      In furtherance of the status hearing held in the above case on September 30, 2024, this letter shall inform the Court and all interested parties that the Debtor has not yet received its ERC funds from the IRS, although the same are expected to be delivered to the Debtor imminently.

      The Debtor will file a follow up status letter with the Court with respect to the above on or before November 20, 2024.

                                                      Respectfully submitted,

                                                      Adam P. Wofse